# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR  
JAMES ROTH

299 BROADWAY, SUITE 800  
NEW YORK, N.Y. 10007

(212) 619-4240  
FAX (212) 619-6743

November 18, 2020

**By ECF**

Honorable Ronnie Abrams  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, NY 10007

> Application granted. The sentence is adjourned until March 5, 2021 at 2:30 p.m.
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> November 18, 2020

    Re:   *United States v. Giovanni Pacheco*  
             19 Cr. 621 (RA)

Dear Judge Abrams:

    I write with the consent of the government to respectfully request a 90-day adjournment of Mr. Pacheco's sentence now scheduled for December 4, 2020.

    This request is made to permit counsel to receive necessary mitigation records that have been difficult to obtain due to the COVID-19 pandemic. This is the first adjournment request in this matter.

    Your attention to this matter is appreciated.

                            Very truly yours,

                            *James Roth*  
                            James Roth, Esq.

cc:    AUSA Alexandra Rothman