# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

February 17, 2021

**By ECF**

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Application granted. The sentence is adjourned to April 23, 2021 at 2:00 p.m.
>
> SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> February 18, 2021

Re:   *United States v. Giovanni Pacheco, et al.,* **19 Cr. 621 (RA)**

Dear Judge Abrams:

I write with the consent of the government to request an adjournment of the March 5, 2021, sentence date in this case for approximately 60 days. This request is made based on Mr. Pacheco's desire to be sentenced in person which hopefully can be accommodated in this time frame.

I am pleased to report that Mr. Pacheco has recently been rehired at Le Marais, a French restaurant where he was previously employed. Le Marais reopened with limited capacity on Valentine's Day and Mr. Pacheco worked a double shift.

Very truly yours,

James Roth, Esq.

cc:   AUSA Alexandra Rothman